STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SAMUEL VALENTIN HERNANDEZ                Case No. 11-01075-ESL

                          Chapter 13     Attorney Name: JUAN O CALDERON LITHGOW*

## I. Appearances

Debtor                [✓] Present   [ ] Absent
Joint Debtor          [ ] Present   [ ] Absent
Attorney for Debtor   [✓] Present   [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: March 18, 2011
Time: 2:35 PM   Track: _____
[✓] This is debtor(s) 2nd Bankruptcy filing.
Liquidation Value: $750.00

Creditors
Romero - 1st Bank
_____
_____

## II. Oath Administered
[✓] Yes      [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-10  [✓] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
                [ ] FAVORABLE
                [✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SAMUEL VALENTIN HERNANDEZ  Case No. 11-01075-ESL

Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

---

**VI. Plan** (Cont.)
Date: <u>February, 13, 2011</u>  Base $ <u>12,000.00</u>  [X] Filed  Evidence of Pmt shown: _____
Payments <u>1</u> made out of <u>1</u> due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 27, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 400.00 = $ 2,600.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
 [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
 [ ] Monthly reports for the months
_____
_____
_____
[ ] Public Liability Insurance
 [ ] Premises _____
 [ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

---

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear;  [ ] failed to commence payments;
[ ] failed to keep payments current;  [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

---

**COMMENTS**

(1) Amend J: per testimony, $50.00 for charitable contributions + $248.00 for unexpected expenses is not reasonable.

---

_____
Trustee/Presiding Officer

Date: March 18, 2011
(Rev.)