# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: SAMUEL VALENTIN HERNANDEZ
Case Number: 11-01075-ESL13   Chapter: 13
Date / Time / Room: 4/27/2011 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: LOURDES ALVAREZ

### Matter:

CONFIRMATION HEARING OF PLAN DATED 02/13/2011 (#2)

### Appearances:

ALEJANDRO OLIVERAS RIVERA    P. Melina
JUAN O CALDERON LITHGOW ✓

### Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.
X Hearing on Confirmation/Contested Matter is continued to: 6.VII.2011 at 9:00 A.M.

___Attorney's Fees: $3,000.00; Other: _____

MTD (#12)
Plan insuff. funded.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge

Debtor granted 21 days to:
1.) Inform on amount paid for tithes.
2.) Inform on amount owed to means on secured claims
3.) File a claim on behalf of secured creditors if same not filed
4.) Inform and amend schedule J re amounts paid for dr mtg.
5.) File an amended ch. 13 plan.
Upon failure to comply w/ #s 1-5, the case may be dismissed.

Chap. ok