IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

SAMUEL VALENTIN HERNANDEZ

Debtor(s)

Case No. 11-01075 ESL

Chapter 13

## OPPOSITION TO DISMISSAL

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. The trustee filed a motion requesting the dismissal of present case requesting the amendment of Schedule J and plan to increase debtor's contribution to the plan payment.

2. At the confirmation hearing additional time was requested and granted to analyze the necessity to perform such amendments and carry out the activities enumerated in docket 13.

3. Debtor understands that he is able to comply with the activities proposed for confirmation and is requesting that the motion to dismiss is deny unless he complies with such duties.

**WHEREFORE**, we request from this Honorable Court to take notice of the informed above and deny motion to dismiss.

**I HEREBY CERTIFY**, filed the present motion using the ECF system that will send copy of this motion to the trustee and all other participants.

In Vega Baja, Puerto Rico, on this April 29, 2011.

s/ JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476