IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL VALENTIN HERNANDEZ

CASE NO 11-01075-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 18, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

PLAN DATE: February 13, 2011    PLAN BASE: $12,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/13/2011

☐ FAVORABLE     ☒ UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☒ INSUFFICIENTLY FUNDED § 1325(b):
   To pay priorities as filed.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☒ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):
   Amend schedule J to adjust expenses; as per debtor(s) testimony charitable contribution is $50.00, in addition $248.00 for unexpected expenses is not reasonable.

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$400.00/$2,600.00

Atty: JUAN O CALDERON LITHGOW*

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062