# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

**Hearing Information:**

Debtor: SAMUEL VALENTIN HERNANDEZ
Case Number: 11-01075-ESL13
Date / Time / Room: 6/22/2011 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: CARLOS APONTE

Chapter: 13

**Matter:**

6/21/11 (#23)

CONFIRMATION HEARING OF PLAN DATED ~~02/13/2011 (#2)~~

*[handwritten: Debtor objected claim #10 by Treasury (#14). If latter prevails plan can be confirmed.]*

**Appearances:**

ALEJANDRO OLIVERAS RIVERA  *R. Garcia*
JUAN O CALDERON LITHGOW ✓

**Proceedings:**

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

X Hearing on Confirmation/Contested Matter is continued to: *without a date, pending a decision on debtor's objection to Treasury's claim (#14).*

___ Attorney's Fees: $3,000.00; Other: _____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge