IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | |
|---|---|
| SAMUEL VALENTIN HERNANDEZ | CASE NUMBER: 11-01075-ESL |
| Debtor(s) | CHAPTER 13 |

## TRUSTEE'S MOTION TO MODIFY PLAN
## NOTICE AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    **COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully **ALLEGES, STATES** and **PRAYS**:

1. The plan dated June 21, 2011 was confirmed by this Honorable Court.

2. The confirmed plan provides for direct payments to **Banco Popular De PR**; however, said plan has no provision for pre-petition arrears of claim No. **14** filed by such creditor. The trustee respectfully request to this Honorable Court to order Debtor(s) to amend the plan accordingly or to grant Trustee's motion to modify and deem amended the plan since it is sufficiently funded to cover said claims.

3. Debtor is not a member of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE**, it is respectfully requested to this Honorable Court to order Debtor(s) to amend the plan accordingly or to grant Trustee's motion to modify and deem amended the plan since it's sufficiently funded to cover said claims.

    **21 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST:** YOU ARE HEREBY NOTIFIED THAT YOU HAVE TWENTY (21) DAYS FROM THE DATE OF THIS NOTICE TO FILE AN OPPOSITION TO THE FOREGOING MOTION AND TO REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE TRUSTEE'S MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED WITHOUT FURTHER HEARING UNLESS(1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. IF A TIMELY OPPOSITION IS FILED, THE COURT WILL SCHEDULE A HEARING AS A CONTESTED MATTER.

CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all parties in interest.

**RESPECTFULLY SUBMITTED** at San Juan, Puerto Rico, this **NOV 0 7 2011**

                                                       **S/ALEJANDRO OLIVERAS RIVERA**
                                                       ALEJANDRO OLIVERAS RIVERA
                                                       Chapter 13 Trustee
                                                       PO Box 9024062
                                                       San Juan, PR 00902-4062
                                                       Phone 787-977-3500 Fax 787-977-3521

Department of Defense Manpower Data Center                    Nov-07-2011 05:26:20


Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VALENTIN HERNANDEZ | SAMUEL | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:V9M74GPH5A

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| COOP A/C MANUEL ZENO GANDIA<br>PO BOX 1865<br>ARECIBO, PR 00613 | COOP A/C VEGABAJENA<br>C/O CARLOS A QUILICHINI PAZ<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 |
| COOP A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA, PR 00694-4622 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 2501<br>SAN JUAN, PR 00903 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (SUITE 1504)<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 | GALAXY PORTFOLIOS LLC<br>C/O B LINE LLC<br>MS 550 PO BOX 91121<br>SEATTLE, WA 98111-9221 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| LEVITT COLLECTION AGENCY<br>PO BOX 1657<br>VEGA ALTA, PR 00692 | MATCO TOOLS<br>4403 ALLEN RD<br>STOW, OH 44224 |
| MONEY EXPRESS<br>C/O LYDIA PACHECO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | NEFTALI VALENTIN HERNANDEZ<br><br>, 00000 |
| OFFICEMAX<br>PO BOX 60107<br>CITY OF INDUSTRY, CA 91716 | PR ACQUISITIONS LLC<br>AMERICAN INTL BUILDING<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>SAN JUAN, PR 00918 |
| Radio/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | ROUNDUP FUNDING LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 |

DATED: NOV 0 7 2011                           /S/ MARIO MATOS
                                              OFFICE OF THE CHAPTER 13 TRUSTEE

| | CERTIFICATE OF MAILING |
|---|---|
| 11-01075-ESL | |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649

SAMUEL VALENTIN HERNANDEZ
PARCELAS MARQUEZ
BUZON 1 CALLE BUCARE
MANATI, PR 00674

JUAN O CALDERON LITHGOW*
PO BOX 1710
VEGA BAJA, PR 00694-1710

DATED:

/S/ MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 3 of 3  - CASE NO 11-01075-ESL